## AMITY BANK *v.* GEORGE J. SCARVELES ET AL.

The named defendant's petition for certification for appeal from the Appellate Court, 39 Conn. App. 910 (AC 11173), is denied.

*Max F. Brunswick*, in support of the petition.

*Thomas E. Crosby*, in opposition.

Decided February 5, 1996

## STATE OF CONNECTICUT *v.* RUSSELL C. HUNTER

The defendant's petition for certification for appeal from the Appellate Court, 37 Conn. App. 907 (AC 13358), is granted, limited to the following issues:

"Under the circumstances of this case: 1. Did the Appellate Court properly conclude that the trial court was correct in denying the defendant's request for an evidentiary hearing regarding the admissibility of the defendant's polygraph evidence?

"2. Should this court reconsider the applicability of the test for determining the admissibility of scientific evidence set forth in *Frye* v. *United States*, 293 F. 1013 (D.C. Cir. 1923), in light of the United States Supreme Court's decision in *Daubert* v. *Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579, 113 S. Ct. 2786, 125 L. Ed. 2d 469 (1993)?"

The Supreme Court docket number is SC 15364.

*Richard M. Morano*, special public defender, in support of the petition.

*Lisa Herskowitz*, deputy assistant state's attorney, in opposition.

Decided February 13, 1996